IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                   }

DAVIS, TUWANDA C.                        }   CASE NO:   09-02700-BGC-13

SSN xxx-xx-8888                          }

    Debtor.                              }


### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
### FILED BY U.S. BANK, N. A.

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by U.S. BANK, N. A. (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Creditor may file a claim for the post-petition mortgage arrearage through January, 2010 plus attorney fees and costs in connection with Creditor's Motion for Relief from Stay. The arrearage to be put into the plan is as follows:

   | | |
   |---|---|
   | 8 payments @ $1,037.26 for 06/09 through 01/10: | $8,298.08 |
   | 8 late charges @ $41.49 for 06/09 through 01/10: | $ 331.92 |
   | Attorney Fees and Costs: | $ 650.00 |
   | Property Inspection Fees: | $ 120.00 |
   | Total: | $9,400.00 |

2. The Motion for Relief from Stay filed by U.S. BANK, N. A. is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning February, 2010, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

Dated: April 5, 2010

/s/Benjamin Cohen

BENJAMIN COHEN
United States Bankruptcy Judge

This document was prepared by:
DIANE MURRAY
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 930-5257

PARTIES TO RECEIVE COPIES:
Joe S. Erdberg
205 20th Street N.
Ste. 817
Birmingham, AL 35203

Tuwanda C Davis
2616 Shoemaker St
Birmingham, AL 35235

D. Sims Crawford
P.O. Drawer 10848
Birmingham, AL 35202

Sirote & Permutt, P.C.
Diane Murray
2311 Highland Avenue South
Birmingham, AL 35205